Exhibit A

**Exhibit A**

**Doe  #1 (172.158.7.138 2005-07-03 14:01:05 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Twentieth Century Fox Film Corporation | Mr. and Mrs. Smith | PA 1-271-533 |

**Exhibit A**

**Doe #2 (172.167.82.146 2005-06-22 05:46:11 (EDT))**

PLAINTIFF                    MOVIE TITLE                         REG#

Lucasfilm Ltd.               Star Wars III-Revenge of the Sith   PA 1-271-265

**Exhibit A**

**Doe  #3 (172.201.107.82 2005-06-19 03:45:06 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | House of Wax | PA 1-271-415 |

**Exhibit A**

**Doe #4 (172.201.185.246 2005-07-03 00:00:20 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Twentieth Century Fox Film Corporation | Mr. and Mrs. Smith | PA 1-271-533 |
| Sony Pictures Home Entertainment Inc. | Boogeyman | PA 1-250-717 |

**Exhibit A**

**Doe #5 (172.201.38.68 2005-07-03 16:56:55 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | Batman Begins | PA-1-271-539 |

**Exhibit A**

**Doe #6 (172.202.230.74 2005-05-30 03:25:08 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | House of Wax | PA 1-271-415 |

**Exhibit A**

**Doe #7 (172.212.187.108 2005-06-06 12:17:34 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Paramount Pictures Corporation | Lemony Snicket's A Series of Unfortunate Events | PA 1-256-833 |
| Twentieth Century Fox Film Corporation | Robots | PA 1-250-840 |

**Exhibit A**

**Doe #8 (172.212.4.254 2005-05-29 19:01:57 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Paramount Pictures Corporation | Coach Carter | PA 1-256-832 |
| Warner Bros. Entertainment Inc. | Constantine | PA 1-250-719 |
| Columbia Pictures Industries, Inc. | Hitch | PA 1-250-718 |
| Pending | The Jacket | Pending |

**Exhibit A**

**Doe  #9 (172.213.173.5 2005-06-23 23:42:33 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Twentieth Century Fox Film Corporation | Mr. and Mrs. Smith | PA 1-271-533 |

**Exhibit A**

**Doe #10 (172.213.49.40 2005-06-18 23:57:13 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | House of Wax | PA 1-271-415 |
| Columbia Pictures Industries, Inc. | Are We There Yet? | PA 1-250-579 |

**Exhibit A**

**Doe #11 (172.213.57.202 2005-06-02 11:18:42 (EDT))**

PLAINTIFF                    MOVIE TITLE                    REG#

Lucasfilm Ltd.               Star Wars III-Revenge of the Sith        PA 1-271-265

**Exhibit A**

**Doe #12 (172.213.83.15 2005-06-25 21:07:47 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | Batman Begins | PA 1-271-539 |

**Exhibit A**

**Doe #13 (172.214.111.227 2005-06-01 20:49:59 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Universal City Studios Productions LLLP | Honey | PA1-191-747 |
| Columbia Pictures Industries, Inc. | Hitch | PA 1-250-718 |

**Exhibit A**

**Doe #14 (172.214.148.182 2005-06-23 07:51:34 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Universal City Studios LLLP | Kicking and Screaming | Pending |

**Exhibit A**

**Doe  #15 (172.214.188.171 2005-06-24 04:26:43 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | Constantine | PA 1-250-719 |

**Exhibit A**

**Doe #16 (172.214.197.254 2005-06-11 04:34:52 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | Constantine | PA 1-250-719 |
| Columbia Pictures Industries, Inc. | Are We There Yet? | PA 1-250-579 |

**Exhibit A**

**Doe  #17 (172.214.209.66 2005-05-28 22:20:31 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| New Line Productions, Inc. | Cellular | PA 1-242-465 |
| Columbia Pictures Industries, Inc. | The Grudge | PA 1-241-927 |
| Sony Pictures Home Entertainment Inc. | Boogeyman | PA 1-250-717 |

**Exhibit A**

**Doe #18 (172.215.158.129 2005-06-18 01:42:00 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|-----------|-------------|------|
| Paramount Pictures Corporation | Coach Carter | PA 1-256-832 |
| Warner Bros. Entertainment Inc. | Constantine | PA 1-250-719 |
| Columbia Pictures Industries, Inc. | Hitch | PA 1-250-718 |

**Exhibit A**

**Doe #19 (172.215.180.199 2005-06-03 04:27:49 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | Constantine | PA 1-250-719 |
| Warner Bros. Entertainment Inc. | House of Wax | PA 1-271-415 |

**Exhibit A**

**Doe #20 (172.215.251.146 2005-06-11 08:42:50 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Paramount Pictures Corporation | South Park: Bigger, Longer & Uncut | PA 945-160 |
| Warner Bros. Entertainment Inc. | Million Dollar Baby | PA 1-250-671 |

**Exhibit A**

**Doe  #21 (172.215.77.189 2005-06-21 17:23:29 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | House of Wax | PA 1-271-415 |

**Exhibit A**

**Doe #22 (172.215.80.65 2005-07-03 06:10:34 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Twentieth Century Fox Film Corporation | Mr. and Mrs. Smith | PA 1-271-533 |
| Warner Bros. Entertainment Inc. | Batman Begins | PA 1-271-539 |

**Exhibit A**

**Doe #23 (172.216.110.252 2005-06-06 17:56:43 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Disney Enterprises, Inc. | Lion King | PA 659-979 |
| Warner Bros. Entertainment Inc. | House of Wax | PA 1-271-415 |

**Exhibit A**

**Doe #24 (172.216.113.18 2005-06-22 10:40:19 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Twentieth Century Fox Film Corporation | Kingdom of Heaven | PA 1-271-269 |

**Exhibit A**

**Doe #25 (172.216.144.197 2005-06-22 08:44:18 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | Constantine | PA 1-250-719 |

**Exhibit A**

**Doe #26 (172.216.20.15 2005-06-04 04:04:52 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Universal City Studios Productions LLLP | Honey | PA1-191-747 |
| Columbia Pictures Industries, Inc. | Hitch | PA 1-250-718 |

**Exhibit A**

**Doe  #27 (172.216.200.252 2005-06-17 01:58:16 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | Ocean's Twelve | PA 1-067-333 |
| Twentieth Century Fox Film Corporation | Mr. and Mrs. Smith | PA 1-271-533 |

**Exhibit A**

**Doe #28 (172.216.217.65 2005-05-31 14:18:31 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
| --- | --- | --- |
| Warner Bros. Entertainment Inc. | Constantine | PA 1-250-719 |