UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLUMBIA PICTURES <br>    INDUSTRIES, INC., <u>et al.</u>, <br><br>        Plaintiffs, <br><br>   v. <br><br> DOES 1-28, <br><br>        Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 05-1495 (PLF) <br> ) <br> ) <br> ) <br> ) <br> ) |

<u>ORDER</u>

      The Court has read all papers filed in connection with plaintiffs' motion for leave to take discovery prior to the Rule 26(f) conference, and considered the issues raised therein, including relevant privacy issues. It has also consulted orders entered by other judges in similar cases. Accordingly, it is hereby

      ORDERED that [3] plaintiffs' motion for leave to take discovery prior to the Rule 26(f) conference is GRANTED. Plaintiffs may serve immediate discovery on America Online, Inc., or any other entity identified by America Online, Inc. as providing network access or online services to one or more of the Doe Defendants, by serving a Rule 45 subpoena that seeks information sufficient to identify each Doe Defendant, including his or her name, address, telephone number, email address, and Media Access Control address.

      Any information disclosed to plaintiffs in response to the Rule 45 subpoena may be used by plaintiffs solely for the purpose of protecting plaintiffs' rights under the Copyright Act as set forth in the complaint. If and when America Online is served with a subpoena,

America Online shall give written notice, which can include use of email, to the subscribers in question within five business days. If America Online and/or any defendant want to move to quash the subpoena, the party must do so before the return date of the subpoena, which shall be 30 days from the date of service. America Online shall preserve any subpoenaed information pending the resolution of any timely-filed motion to quash; and it is

FURTHER ORDERED that plaintiffs shall provide America Online or other entity identified by America Online with a copy of this Order along with its subpoena.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: September 2, 2005