UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Columbia Pictures Industries, Inc.<br>10202 West Washington Blvd.<br>Culver City, CA 90232;<br><br>New Line Productions, Inc.<br>116 N. Robertson Blvd.<br>Los Angeles, CA 90048;<br><br>Sony Pictures Home Entertainment Inc.<br>10202 West Washington Blvd.<br>Culver City, CA 90232;<br><br>Paramount Pictures Corporation<br>5555 Melrose Avenue<br>Los Angeles, CA 90038;<br><br>Warner Bros. Entertainment Inc.<br>4000 Warner Blvd.<br>Burbank, CA 91505;<br><br>Universal City Studios Productions LLLP<br>100 Universal City Plaza<br>Universal City, CA 91608;<br><br>Disney Enterprises, Inc.<br>500 South Buena Vista Street<br>Burbank, CA 91521;<br><br>Twentieth Century Fox Film Corporation<br>10201 West Pico Blvd.<br>Los Angeles, CA 90064; and<br><br>Lucasfilm Ltd.<br>5858 Lucas Valley Road<br>Nicasio, CA 94946.<br><br>       Plaintiffs,<br><br>  v.<br><br>       DOES 1 - 28,<br><br>       Defendants. | Civil Action No.: 1:05-cv-01495-PLF |

## NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs voluntarily dismiss all of the defendants from the above-captioned action **without prejudice**, each side to bear its own costs and attorneys' fees.

Respectfully submitted,

Dated: _____      _____/s/_____
Stanley M. Brand (D.C. Bar No. 213082)
Ross A. Nabatoff (D.C. Bar No. 376665)
Andrew D. Herman (D.C. Bar No. 462334)
Brand Law Group
923 Fifteenth Street, N.W.
Washington, DC 20005
Tel. (202) 662-9700
Fax (202) 737-7565

Christopher A. Mohr (D.C. Bar No. 458599)
Michael R. Klipper (D.C. Bar No. 166074)
MEYER, KLIPPER & MOHR, PLLC
923 Fifteenth Street, N.W.
Washington, DC 20005
Tel.: (202) 637-0850
Fax: (202) 637-0851

*Attorneys for Plaintiffs*

0.0

02/28/2006