UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Columbia Pictures Industries, Inc.
10202 West Washington Blvd.
Culver City, CA 90232;

New Line Productions, Inc.
116 N. Robertson Blvd.
Los Angeles, CA 90048;

Sony Pictures Home Entertainment Inc.
10202 West Washington Blvd.
Culver City, CA 90232;

Paramount Pictures Corporation
5555 Melrose Avenue
Los Angeles, CA 90038;

Warner Bros. Entertainment Inc.
4000 Warner Blvd.
Burbank, CA 91505;

Universal City Studios Productions LLLP
100 Universal City Plaza
Universal City, CA 91608;

Disney Enterprises, Inc.
500 South Buena Vista Street
Burbank, CA 91521;

Twentieth Century Fox Film Corporation
10201 West Pico Blvd.
Los Angeles, CA 90064; and

Lucasfilm Ltd.
5858 Lucas Valley Road
Nicasio, CA 94946.

       Plaintiffs,

v.

       DOES 1 - 28,

       Defendants.

Civil Action No.: 1:05-cv-01495-PLF

## NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs voluntarily dismiss all of the defendants from the above-captioned action **without prejudice**, each side to bear its own costs and attorneys' fees.

Respectfully submitted,

Dated: _____          _____/s/_____

Stanley M. Brand (D.C. Bar No. 213082)
Ross A. Nabatoff (D.C. Bar No. 376665)
Andrew D. Herman (D.C. Bar No. 462334)
Brand Law Group
923 Fifteenth Street, N.W.
Washington, DC 20005
Tel. (202) 662-9700
Fax (202) 737-7565

Christopher A. Mohr (D.C. Bar No. 458599)
Michael R. Klipper (D.C. Bar No. 166074)
MEYER, KLIPPER & MOHR, PLLC
923 Fifteenth Street, N.W.
Washington, DC 20005
Tel.: (202) 637-0850
Fax: (202) 637-0851

*Attorneys for Plaintiffs*

0.0

02/28/2006